UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK GULLET, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:18-CV-1571-JCH |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**

Defendant Lt. Col. Gerald Leyshock and all other named defendants hereby move to dismiss plaintiffs' Third Amended Complaint [ECF 115], pursuant to F.R.Civ.P. 12(b)(6), for failure to state a claim on which relief can be granted, and, as to named individual defendants, on the basis of qualified immunity appearing from facts on the face of the pleadings. A memorandum in support of this motion is filed concurrently herewith.

    Respectfully submitted,

    MICHAEL A. GARVIN
    CITY COUNSELOR
    /s/Robert H. Dierker 23671(MO)
    Deputy City Counselor
    dierkerr@stlouis-mo.gov
    Brandon Laird 65564(MO)
    Abby Duncan 67766(MO)
    Associate City Counselors
    Catherine A. Dierker 70025 (MO)
    Adriano Martinez 69214 (MO)
    Assistant City Counselors
    1200 Market St.
    City Hall, Rm 314
    St. Louis, MO 63103
    314-622-3361
    Fax 314-622-4956