# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 01, 2021

Mr. Robert Henry Dierker Jr.
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

      RE:  21-3745  Mark Gullet v. City of St. Louis, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

Page Two
13-3745

  On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

  If you have any questions about the schedule or procedures for the case, please contact our office.

                    Michael E. Gans
                    Clerk of Court

CAH

Enclosure(s)

cc:  Ms. Abby Joe Duncan
   Mr. Javad Mohammed Khazaeli
   Mr. Brandon David Laird
   Mr. Gregory J. Linhares
   Mr. Adriano Alfonso Martinez
   Ms. Erin K McGowan
   Mr. Andrew D. Wheaton
   Mr. James R. Wyrsch

   District Court/Agency Case Number(s): 4:18-cv-01571-JCH

**Caption For Case Number:   21-3745**

Mark Gullet

       Plaintiff - Appellee

v.

City of St. Louis; Scott Boyher, LT., in his individual and official capacities; Timothy Sachs, LT., in his individual and official capacities; Randy Jemerson, SGT., in his individual and official capacities; Brian Rossomanno, SGT., in his individual and official capacities; Gerald Leyshock, COL., in his individual and official capacities; Matthew T. Karnowski, SGT., in his individual and officia capacities; Jeremiah Koerper; Lawrence O'Toole, LT. COL.

       Defendants - Appellants

Charlene Deeken

       Defendant

MJR Daniel Howard; LT. Kimberly Allen; LT. Scott Aubuchon; LT. Daniel Chitwood; LT. Bill Kiphart; LT. James Joyner; LT. Christi Marks; LT. Michael D. Mayo; Lt. Donnell Moore; LT. Paul Piatchek; LT. Eric Bartlett; SGT. Ronald Bergmann; SGT. Michael Binz; SGT. James Buckeridge; Sgt. Curtis B. Burgdorf; SGT. Joe Carretero; SGT. Anthony Caruso; SGT. James Clark; SGT. Darnell Dandridge; SGT. Adam M. Duke; SGT. Kelly Fisher; SGT. Brandt Flowers; SGT. Samuel Gilman; SGT. Patrick Haug; SGT. John Jones; SGT. Robert Lammert; SGT. Joe Lankford; SGT. Robert Laschober; SGT. Tom Long; SGT. Kyle Mack; SGT. Mike Mandle; SGT. Michael Marks; SGT. Mark McMurry; SGT. James Murphy; SGT. Dennis Neal; SGT. Patricia Nijkamp; SGT. Kenneth Nizick; SGT. Donald Re; SGT. Bradley Roy; SGT. Dan Schulte; SGT. Michael Scego; Sgt. Timothy Schumann; SGT. Brian Seppi; SGT. Stephen Slama; SGT. Cliff Sommer; SGT. Timothy Turner; SGT. Scott Valentine; SGT. Charles Wall; SGT. Donnell L. Walters; SGT. Scott Weidler; SGT. Carolyn Wiener; SGT. Anthony Wozniak; Matthew Burle, Officer

       Defendants - Appellants

**Addresses For Case Participants:   21-3745**

Mr. Robert Henry Dierker Jr.,
   Ms. Abby Joe Duncan,
   Mr. Brandon David Laird,
   Mr. Adriano Alfonso Martinez,
   Ms. Erin K McGowan and
   Mr. Andrew D. Wheaton
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

Mr. James R. Wyrsch and
   Mr. Javad Mohammed Khazaeli
KHAZAELI & WYRSCH
Suite 211
911 Washington Avenue
Saint Louis, MO  63101

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000