UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARK GULLET, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18-CV-1571 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

Plaintiff and defendants jointly stipulate and request dismissal without prejudice, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii) of the following named defendants herein:

Kimberly Allen

Eric Bartlett

Ronald Bergmann

Michael Binz

James Buckeridge

Curtis Burgdorf

Joe Carretero

Anthony Caruso

Daniel Chitwood

James Clark

Darnell Dandridge

Adam Duke

Kelly Fisher

Brandt Flowers

Samuel Gilman

Patrick Haug

John Jones

James Joyner

Robert Lammert

Joe Lankford

Robert Laschober

Tom Long

Kyle Mack

Mike Mandle

Christi Marks

Michael Marks

Michael Mayo

Mark McMurry

Donnell Moore

Paul Piatchek

James Murphy

Dennis Neal

Patricia Nijkamp

Kenneth Nizick

Paul Piatchek

Donald Re

Bradley Roy

Daniel Schulte

Michael Scego

Timothy Schumann

Brian Seppi

Stephen Slama

Cliff Sommer

Timothy Turner

Scott Valentine

Charles Wall

Donnell Walters

Scott Weidler

Carolyn Wiener

Anthony Wozniak

  Dismissal of the foregoing defendants is without prejudice, and no fees or costs will be requested by dismissed defendants; all claims against defendants Lawrence O'Toole, Gerald Leyshock, Timothy Sachs, Daniel Howard, Randy Jemerson, Brian Rossomanno, Scott Boyher, Matthew Karnowski, Scott Aubuchon, Bill Kiphart, Jeremiah Koerper, Matthew Burle,  and City of St. Louis remain pending.  By entering into this stipulation, the remaining defendants do not waive any defenses available to them or acknowledge any liability; provided, that remaining defendants stipulate that the dismissed defendants are not necessary parties herein.

Respectfully submitted,

| KHAZAELI WYRSCH LLC<br>/s/James R. Wyrsch, 53197(MO)<br>Javad Khazaeli, 53735(MO)<br>911 Washington Avenue, Suite 211<br>Saint Louis, MO 63101<br>(314) 288-0777<br>(314) 400-7701 (fax)<br>james.wyrsch@kwlawstl.com<br>javad.khazaeli@kwlawstl.com | SHEENA HAMILTON<br>CITY COUNSELOR<br>by: /s/ Robert H. Dierker 23671(MO)<br>Associate City Counselor<br>dierkerr@stlouis-mo.gov<br>Brandon Laird 65564(MO)<br>lairdb@stlouis-mo.gov<br>Associate City Counselor<br>Abby Duncan 67766(MO)<br>Associate City Counselor<br>Catherine A. Dierker 70025(MO)<br>Assistant City Counselor<br>1200 Market St.<br>City Hall, Rm 314<br>St. Louis, MO 63103<br>314-622-3361<br>Fax 314-622-4956 |
|---|---|