IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK GULLETT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 4:18-cv-01571-JCH |
| | ) |
| CITY OF SAINT LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION TO EXTEND ADR DEADLINE**

With consent of Defendants, Plaintiff moves to extend the alternative dispute resolution ("ADR") deadlines in this matter from August 15, 2022 to October 14, 2022, and to set a deadline to file an amended Designation of Neutral and ADR Conference Report to September 1, 2022. In support of this motion, Plaintiff states as follows:

1. On May 17, 2022, the Court entered an order referring this case to ADR. *See* D.E. 153.

2. Plaintiff filed his Designation of Neutral and ADR Conference Report on June 10, 2022 setting an ADR conference for July 22, 2022 (D.E. 159), however, due to the press of business the conference was postponed.

3. Pursuant to the order referring the case to ADR, the parties were to complete mediation by August 15, 2022.

4. With consent of Defendants, Plaintiff moves the Court to modify the ADR schedule as follows:

    A.    Amended designation of Neutral – September 1, 2022;

    B.    Deadline to complete mediation – October 14, 2022; and

      C.      Deadline to file compliance report – October 28, 2022.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests the Court to enter an order extending the ADR deadlines as described above.

Date: August 16, 2022　　　　　　　　　　　Respectfully Submitted,

                                          KHAZAELI WYRSCH LLC

                                          By: /s/ James R. Wyrsch
                                              James R. Wyrsch, #53197(MO)
                                              Javad M. Khazaeli, #53735(MO)
                                              911 Washington Avenue, Suite 211
                                              St. Louis, MO 63101
                                              (314) 288-0777
                                              (314) 400-7701 (fax)
                                              james.wyrsch@kwlawstl.com
                                              javad.khazaeli@kwlawstl.com

                                              CAMPBELL LAW, LLC
                                              Alicia Campbell, #59586(MO)
                                              3407 S. Jefferson Avenue
                                              Saint Louis, MO 63118
                                              888-588-5043
                                              314-400-7701 (fax)

                                              *Attorneys for Plaintiff*