**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARK GULLETT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 4:18-cv-01571-JCH |
| ) | |
| CITY OF SAINT LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND DEADLINE TO FILE ADR COMPLIANCE REPORT**

Per the Court's order of October 31, 2022, Plaintiff moves to extend the deadline to file an ADR compliance report to November 21, 2022. In support of this motion, Plaintiff states as follows:

1. On August 17, 2022, the Court entered an order setting the deadline to complete ADR on October 14, 2022 and the compliance report deadline on October 28, 2022. D.E. 165.

2. The parties unsuccessfully completed mediation on September 16, 2022.

3. Plaintiff does not know why a compliance report was not filed by the deadline, but Plaintiff will ensure that one is filed by November 21, 2022.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests the Court to enter an order extending the deadline to file an ADR compliance report to November 21, 2022.

2

Date: November 7, 2022                                  Respectfully Submitted,

                                                      KHAZAELI WYRSCH LLC

By: /s/ James R. Wyrsch
    James R. Wyrsch, #53197(MO)
    Javad M. Khazaeli, #53735(MO)
    911 Washington Avenue, Suite 211
    St. Louis, MO 63101
    (314) 288-0777
    (314) 400-7701 (fax)
    james.wyrsch@kwlawstl.com
    javad.khazaeli@kwlawstl.com

*Attorneys for Plaintiffs*