UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARK GULLET, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     Case No. 4:18-cv-01571-JCH |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
|     Defendants. | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.
_____

### Option 2

In accordance with the Court's Order Referring Case to ADR,

    **X**    A final ADR conference was held on: **September 16, 2022**.

    **X**    All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

    ☐    The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.
_____

The ADR referral was concluded on **September 16, 2022** and the parties [☐ did **X** did not] achieve a settlement.
_____

### Option 3

    ☐    Although this case was referred to ADR, a conference WAS NOT HELD.

**11/8/22**                      /s/ Bradley A. Winters
Date                             Neutral