UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BUSINESS OF THE COURT | ) |
| | ) |
| | )   ASSIGNMENT OF CASES |

## ADMINISTRATIVE ORDER

**IT IS HEREBY ORDERED** that the following cases shall be transferred to **District Judge Sarah E. Pitlyk.**  All deadlines previously set remain in effect unless otherwise ordered by the Court.

4:18CV01571   Gullett v. City of St. Louis
4:21CV00249   Aware Products LLC v. Epicure Medical LLC

Dated this 14th day of November, 2022.

RODNEY W. SIPPEL
CHIEF UNITED STATES DISTRICT JUDGE