**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARK GULLETT, | ) |
| | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 4:18-cv-1571-SEP |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER OF STAY

The Court has been advised of Plaintiff's Notice of Settlement.   Doc. [173].

Accordingly,

**IT IS HEREBY ORDERED** that this matter is stayed until final approval of class certification in *Street, et al. v. O'Toole*, 4:19-cv-02590-CDP.

**IT IS FURTHER ORDERED** that counsel shall file within ten (10) days from the date of final approval of class certification in *Street, et al. v. O'Toole*, 4:19-cv-02590-CDP, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.   Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

Dated this 21ˢᵗ day of December, 2022.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE